# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

SHELBY CHARLES HASLEY,

                         Plaintiff,

    vs.

KATHY PROSPER,

                        Defendant.

CASE NO. 06CV1112

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CLAIMS 2, 3 AND 4

      The Court adopts the Report and Recommendation issued by Magistrate Judge Stormes. The Court also accepts Petitioner's letter in response to Report and Recommendation informing the Court that Petitioner wishes to dismiss his unexhausted claims and proceed with only the exhausted claim. Claims 2, 3 and 4 of the Second Amended Petition are dismissed without prejudice. The Court orders that the document which the Petitioner appended to his response to the Report and Recommendation be filed as Petitioner's Third Amended Petition. The Magistrate Judge shall issue a Report and Recommendation on the merits of Petitioner's Third Amended Petition.

IT IS SO ORDERED.

DATED: January 2, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge

1

06CV1112

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

06CV1112